Michelle Smith    January 10, 2013

```
 1                UNITED STATES DISTRICT COURT

 2                    DISTRICT OF NEVADA

 3

 4   KAYLEEN SHAKESPEAR,        )
                                )
 5                Plaintiff,    )
                                )
 6            vs.               ) Case No.
                                ) 2:12-cv-01064-MMD-PAL
 7   WAL-MART STORES, INC.,     )
     LLC, a Foreign Corporation)
 8   d/b/a WAL-MART STORE       )
     #2837; and DOE EMPLOYEE;   )
 9   DOE SUPERVISOR; DOES I     )
     through X; and ROE         )
10   CORPORATIONS I through X,  )
     inclusive,                 )
11                              )
                  Defendants.   )
12   _____)

13

14            DEPOSITION OF MICHELLE SMITH

15       Taken on Thursday, January 10, 2013
                  At 10:22 a.m.
16
         Taken at 715 North Arrowhead Avenue
17                   Suite 212
             San Bernardino, California
18

19

20

21

22

23

24
     Reported by:  Cecilia R. Pancucci
25                  CSR No. 7572
```

CERTIFIED COPY

Michelle Smith    January 10, 2013

1    one.

2        A.  Okay.

3        Q.  Okay.  Do you see that section?

4        A.  Yes.

5        Q.  And do you see that there's no initial

6    after this?

7        A.  Correct.

8        Q.  Okay.  After this did you do any

9    investigation on your own to determine if there was

10   any surveillance video of the incident or the areas

11   surrounding the incident?

12       A.  Actually, in the file, there's a form that

13   you request the video, 'cause I don't have a key

14   for that office.  I can't even get in there.  It's

15   a secured area that only APMs and store manager

16   have access to, but there's a form that you fill

17   out to request video.  I just fill out that form.

18   It tells you the date, the time of the incident,

19   and you do it an hour before, an hour after and you

20   submit the paperwork and --

21       Q.  Do you recall, for this incident, whether

22   you filled out that form?

23       A.  Yes.  I do it for every incident.

24       Q.  Have you been told or have you been made

25   aware that that form that you claim that you filled

Michelle Smith    January 10, 2013

1    out hasn't been produced in this case?

2        A.   No.

3        Q.   Okay.  Are you surprised to know that that

4    form that you claim that you filled out hasn't been

5    produced in this case?

6        MS. MILLER:   Objection.   Speculation.

7        Q.  (BY MR. SMITH)   You can answer.

8        A.   I don't recall.  I just give it to them.

9    I don't --

10        Q.   Well, let me ask you this:  You said that

11    you fill out this form requesting surveillance

12    video; is that correct?

13        A.   Correct.

14        Q.   And you put the date, the time and the

15    location of where the incident occurred; is that

16    correct?

17        A.   Correct.

18        Q.   Okay.  Who do you give that form to?

19        A.   The APM.

20        Q.   Okay.

21        A.   He has a folder or file and we put it in.

22        Q.   And would that be Ian Davidson?

23        A.   Correct.

24        Q.   And was Ian Davidson the APM on the date

25    of this incident?

Michelle Smith    January 10, 2013

1      A.  Yes.

2      Q.  Okay.  Did you have any subsequent

3  conversations with Mr. Davidson -- let me finish --

4      A.  Okay.

5      Q.  -- either on the day of the incident or in

6  the ensuing days, where there was any discussion

7  about whether or not there was video surveillance

8  of the incident or the areas surrounding?

9      A.  I don't recall.

10     Q.  As you sit here today, do you have any

11  knowledge if there ever has been any surveillance

12  video of the incident or the areas surrounding the

13  incident?

14     A.  No.

15     MS. MILLER:  Objection.  Speculation.

16     Q.  (BY MR. SMITH)  Just asking you if you

17  know.

18     A.  No, I don't.

19     Q.  Now, you said -- and I believe that you're

20  supposed to request video for one hour before the

21  incident; is that correct?

22     A.  Correct.

23     Q.  What's your understanding and the reasons

24  why you need to request surveillance video for one

25  hour before the incident?

Michelle Smith   January 10, 2013

```
 1        A.  I don't know.  That's just something we
 2   do.
 3        Q.  Would you agree that surveillance video
 4   one hour before the incident would show any safety
 5   sweeps of the area where the subject incident
 6   occurred and the surrounding areas?
 7        MS. MILLER:  Objection.  Speculation again.
 8        Q.  (BY MR. SMITH)  Go ahead.
 9        A.  Yes.
10        Q.  Okay.  Now, do you know if this is Ian
11   Davidson's handwriting, where he's placing your
12   initials next to this?
13        A.  I don't know.
14        Q.  Miss Smith, do you have any problems with
15   somebody placing your initials next to a checklist
16   that indicates that things were done?
17        A.  No.
18        Q.  Is that something that routinely occurred
19   at 2837?  Did somebody else, you know, come in and,
20   you know, make your initials, you know, next to a
21   document like this without you knowing?
22        A.  No.
23        Q.  Okay.  So this would be the first time
24   that you're aware of that this is -- something like
25   this occurred, that somebody affixed your initials
```

All-American Court Reporters  (702) 240-4393
www.aacrlv.com

Michelle Smith   January 10, 2013

1    daughter were in the scene.

2         Q.   After they left the scene, you never went

3    back to take any additional photographs; is that

4    correct?

5         A.   Correct.

6         Q.   Okay.  And you didn't take any -- you

7    didn't take any photographs to document your two

8    walk-throughs with Ms. Salmon and Mr. Steenerson,

9    correct?

10        A.   Correct.

11        Q.   Okay.  Now, you see this next section that

12   states, "Secure video of incident occurring,

13   incident scene prior to incident and incident scene

14   after the incident, if video is available"?  Do you

15   see that section?

16        A.   Yes.

17        Q.   And you said earlier that you did fill out

18   a form that requested the video?

19        A.   Correct.

20        Q.   But you have no idea what happened from

21   that point forward with respect to the form; is

22   that correct?

23        A.   Correct.

24        Q.   Excuse me.  Have you been told earlier

25   that when Wal-Mart did their initial disclosure in

All-American Court Reporters  (702) 240-4393
www.aacrlv.com