UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KAYLEEN SHAKESPEAR,

                Plaintiff,

vs.

WAL-MART STORES, INC.,

                Defendant.

Case No. 2:12-cv-01064-MMD-PAL

**ORDER**

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1. The Settlement Conference currently scheduled for July 17, 2014, at 1:30 p.m. before the undersigned, is **VACATED** and **CONTINUED** to **August 13, 2014, at 9:30 a.m.,** in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2. The deadline for chambers to receive the confidential settlement conference statements, currently due July 10, 2014, is **VACATED** and **CONTINUED** to be received in chambers, Room 3071, not later than **4:00 p.m., August 6, 2014.**

Dated this 30th day of June, 2014.

                                                                Peggy A. Leen
                                                                United States Magistrate Judge